IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| BOB L. BOREN, KIM D. PADDOCK,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF NAMPA<br>THE NAMPA CITY POLICE DEPARTMENT<br>HAMILTON, MICHAELSON & HILTY, LLP<br>BRYAN K. WALKER, NAMPA CITY<br>MISDEMEANOR PROSECUTOR,<br>BOTH PROFESSIONALLY AND<br>PERSONALLY, ROBERT HOBBS, ASSISTANT<br>PLANNING DIRECTOR FOR THE CITY OF<br>NAMPA, BOTH PROFESSIONALLY AND<br>PERSONALLY, JAY YOUNG, CITY OF<br>NAMPA CODE ENFORCEMENT OFFICER,<br>BOTH PROFESSIONALLY AND<br>PERSONALLY, SGT. JOSEPH HUFF, NAMPA<br>CITY POLICE DEPARTMENT, BOTH<br>PROFESSIONALLY AND PEROSNALLY,<br>CPL. CHRIS ROWE, NAMPA CITY POLICE<br>DEPARTMENT, BOTH PROFESSIONALLY<br>AND PERSONALLY, OFFICER VAL BRISBAN,<br>NAMPA CITY POLICE DEPARTMENT, BOTH<br>PROFESSIONALLY AND PERSONALLY,<br>DOES 1-50,<br>　　　　　　　　Defendants. | CASE NO. CIV 04-084-S-MHW<br><br>**JUDGMENT** |

　　　　For the reasons expressed in the Memorandum Decision and Order entered on August 18, 2006, Plaintiffs' Complaint is dismissed and judgment is entered in favor of all Defendants.

**Judgment**



DATED: August 18, 2006

_____
Honorable Mikel H. Williams
United States Magistrate Judge

**Judgment**